AUG 18 PM 4:07

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL PACQUIAO

        Plaintiff(s),

v.

SYDNEY JAY HALL, and LAW OFFICE OF SYDNEY JAY HALL

        Defendant(s).

CASE NO. 3:05-cv-03330-SC

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JUDD BURSTEIN, an active member in good standing of the bar of NEW YORK, whose business address and telephone number is (212) 974-2400 1790 BROADWAY, SUITE 1501, NEW YORK, NY 10019, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF, EMMAUEL PACQUIAO,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Oct. 06, 2005

~~SAMUEL CONTI~~
United States District     Judge