**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PACQUIAO,<br><br>    Plaintiff,<br><br>  v.<br><br>SYDNEY JAY HALL,<br><br>    Defendant.                                        / | No. C 05-03330 CRB<br><br>**ORDER** |

   In accordance with the Court's order of November 14, 2005, this action is DISMISSED without prejudice to plaintiff pursuing his claims in state court.

   **IT IS SO ORDERED.**

Dated: November 16, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3330\orderofdismissal.wpd